JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVAUN L. R.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY,[2] Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 23-2547 PVC <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for the calculation and AWARDING of benefits.

DATED: November 21, 2024

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Court substitutes Martin O'Malley pursuant to Fed. R. Civ. P. 25(d).